RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

DAVID J. MYERS, ISB #6528
MATTHEW L. MAURER, ISB #12575
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
david.myers@ag.idaho.gov
matthew.maurer@ag.idaho.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO ANTI-TRAFFICKING COALITION, an Idaho Non-Profit Organization, and JENNIFER ZIELINSKI, an individual,<br><br>*Plaintiffs,*<br><br>v.<br><br>WES SOMERTON, *et al.*,<br><br>*Defendants.* | Case No. 1:24-CV-00526-REP<br><br>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Under Federal Rule of Civil Procedure 56, Defendants move for summary judgment because there is no genuine dispute as to any material fact and the Defendants are entitled to judgment as a matter of law.

This motion is supported by an accompanying memorandum in support, statement of undisputed material facts, and numerous declarations and exhibits.

DATED: December 22, 2025.

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

/s/ *Matthew L. Maurer*
MATTHEW L. MAURER
Deputy Attorney General
*Attorney for Defendants*

DEFENDANTS' MOTION FOR SUMMARY JUDGMENT—1

## CERTIFICATE OF SERVICE

I Hereby Certify that on December 22, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Jeremiah Matthew Hudson
jeremiah@fisherhudson.com
service@gisherhudson.com

*Attorney for Plaintiffs*

                                                /s/ *Matthew L. Maurer*
                                                Matthew L. Maurer