UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO ANTI-TRAFFICKING COALITION and JENNIFER ZIELINSKI,<br><br>Plaintiffs,<br><br>v.<br><br>WES SOMERTON, JESSICA UHRIG, AMBER MOE, JENNIFER BEAZER, RACHEL KASCHMITTER, JONA JACOBSON, CLINT LEMIEUX, and DANA WIEMILLER,<br><br>Defendants. | Case No. 1:24-cv-00526-REP<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order filed on this date, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this entire case is DISMISSED with prejudice.  The case is also ordered closed.

DATED:  July 20, 2026

_____
Honorable Raymond E. Patricco
United States Magistrate Judge

**JUDGMENT - 1**